**E-FILED on 8/9/12**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANITA CARTER, | ) | No. C 12-3066 RMW (PR) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| | ) | |
| v. | ) | |
| | ) | |
| UNKNOWN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On June 15, 2012, plaintiff, proceeding *pro se*, filed a letter which commenced this action. The same day, the clerk notified plaintiff that she had not paid the filing fee, nor had she filed an application to proceed in forma pauperis ("IFP"). The clerk also notified plaintiff that she failed to submit a complaint. Along with the deficiency notices, plaintiff was provided with a new IFP application and instructions for completing it. Plaintiff was further cautioned that her failure to either file a completed IFP application or pay the filing fee within thirty days would result in the dismissal of this action. In addition, plaintiff was advised that her failure to file a complaint within thirty days would result in the dismissal of this action. To date, plaintiff has not paid her filing fee, filed a completed IFP application, or filed a complaint.

Thus, the instant action is DISMISSED without prejudice. The clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: __8/9/12__                                              /s/ Ronald M. Whyte
                                                              RONALD M. WHYTE
                                                              United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.Rmw\CR.12\Carter066disifpcomp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANITA CARTER,

        Plaintiff,

  v.

UNKNOWN, et al,

        Defendant.

Case Number: CV12-03066 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 9, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anita Carter X08897
CIW-EB 524 L
California Institution for Women
16756 Chino-Corona Road
PO Box 6000
Corona, CA 92878

Dated: August 9, 2012

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk