1
2
3  **E-FILED on        **
4
5
6
7
8                  IN THE UNITED STATES DISTRICT COURT
9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
| ANITA CARTER, | ) | No. C 12-3066 RMW (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| UNKNOWN, | ) | |
| | ) | |
| Defendant. | ) | |

   The court has dismissed the instant action.  A judgment of dismissal without prejudice is entered.  The clerk shall close the file.

   IT IS SO ORDERED.
DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

G:\PRO-SE\SJ.Rmw\CR.12\Carter066jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANITA CARTER,

        Plaintiff,

  v.

UNKNOWN, et al,

        Defendant.

Case Number: CV12-03066 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 9, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anita Carter X08897
CIW-EB 524 L
California Institution for Women
16756 Chino-Corona Road
PO Box 6000
Corona, CA 92878

Dated: August 9, 2012

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk