1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

ANITA CARTER,                          )          No. C 12-3066 RMW (PR)
11                                     )
                        Plaintiff,     )          JUDGMENT
12                                     )
      v.                               )
13                                     )
UNKNOWN,                               )
14                                     )
                        Defendant.     )
15    _____ )

16

17         The court has dismissed the instant action.  A judgment of dismissal without prejudice is

   entered.  The clerk shall close the file.
18

19         IT IS SO ORDERED.

   DATED: _____
20                                      _____
21                                      RONALD M. WHYTE
                                        United States District Judge
22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

ANITA CARTER,

                Plaintiff,

  v.

UNKNOWN, et al,

                Defendant.

_____/

Case Number: CV12-03066 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 9, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anita Carter X08897
CIW-EB 524 L
California Institution for Women
16756 Chino-Corona Road
PO Box 6000
Corona, CA 92878

Dated: August 9, 2012

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk